AO 91 (Rev. 5/85) Criminal Complaint    AUSA HOPKINS    FBI BIGBEE

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JAVIER R. HERRERA
a/k/a Jesus Curiel

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 98- 5195 -AEV

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 30, 1998 in PALM BEACH county, in the Southern District of Florida defendant(s) did, (Track Statutory Language of Offense) knowingly and willfully move or travel in interstate or foreign commerce with the intent to avoid prosecution for the felony crime of second degree murder and violation of probation for the felonies of burglary and possession of burglary tools.

in violation of Title  18  United States Code, Section(s)  1073

I further state that I am a  F.B.I. Special Agent  and that this complaint is based on the following facts:
               Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof:    [x] Yes  [ ] No

/s/ Paul D. Bigbee
Signature of Complainant
PAUL D. BIGBEE, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me, and subscribed in my presence,

July 31, 1998                              at  West Palm Beach, Florida
Date                                           City and State

ANN E. VITUNAC, UNITED STATES MAGISTRATE JUDGE    /s/ Ann E. Vitunac
Name and Title of Judicial Officer                 Signature of Judicial Officer

## AFFIDAVIT

I, Paul D. Bigbee, being employed as a Special Agent of the Federal Bureau of Investigation (FBI), for approximately 18 years, being duly sworn, depose and state the following:

1. Javier R. Herrera, also known as Jesus Curiel(Curiel and Javier R. Herrera are one and the same based on a fingerprint comparison), date of birth July 18, 1968, is wanted by the State of Florida. The Circuit Court, Criminal Division, in and for Palm Beach County, Florida, has issued a warrant for the arrest of Herrera for the felony crime of Second Degree Murder with a Firearm in violation of Florida State Statute Section 782.04 (warrant attached), and a warrant for the arrest of Jesus Curiel for Violation of Probation for the charges of Burglary of a conveyance and Possession of Burglary Tools(warrant attached), which are felonies in the State of Florida. Said warrants were issued on January 12, 1998, and March 27, 1998 respectively.

2. On May 4, 1998, Rita Y. Frederick, Extradition Coordinator, Office of the State Attorney, West Palm Beach, Florida requested assistance from the FBI in locating and apprehending Herrera(letter attached). Ms. Frederick advised that an investigation conducted by Detective Richard A. Carl of the Palm Beach County Sheriff's Office determined that Herrera has fled the State of Florida and is currently residing in either Mexico or El Paso, Texas, where Herrera was born and where he has relatives.

3. Based on the above information, the affiant believes that Javier R. Herrera, also known as Jesus Curiel, is in

violation of Title 18, United States Code, Section 1073.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

PAUL D. BIGBEE
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
WEST PALM BEACH, FLORIDA

Sworn to and subscribed
before me this 31
day of July, 1998
at West Palm Beach, Florida

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA, CRIMINAL DIVISION

COURT CASE NO. __N/F__

AGENCY & CASE NO. __98-019014 PBSO__

INVESTIGATING OFFICER NAME __DET. RICHARD CALL__ I.D. __3350__

## TO: ALL SHERIFFS OF THE STATE OF FLORIDA YOU ARE COMMANDED TO ARREST

NAME: __JAVIER RICARDO HERRERA - A.K.A. "JV"__

ADDRESS: __L.K.A. 4741 SR 80 #2 WPB, FL.__

BUSINESS ADDRESS: __NONE__

PHONE: (HOME) __NONE__     (BUSINESS) __NONE__

RACE: __W__   SEX: __M__   DOB: __7/18/68__   HEIGHT: __5'8"__   WEIGHT: __160__

HAIR: __BROWN__   EYES: __BROWN__   SS#: __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__

FOR APPEARANCE BEFORE THIS COURT TO ANSWER A CHARGE OF:

1) 2ND DEGREE MURDER   F.S.S. 782.04
2)
3)
4)
5)

FCIC ✓   NCIC ✓

EXTRADITION AUTHORIZATION: YES ✓   NO ____

---

### CAPIAS

This capias is issued pursuant to an information filed by the State Attorney, Fifteenth Judicial Circuit, Palm Beach County, Florida.
APPEARANCE BOND set by Court Order per bond schedule.

WITNESS my hand and the seal of this Court on this _____ day of _____, 199 ___.

(SEAL)

DOROTHY H. WILKEN,
CLERK OF COURT

BY: _____
Deputy Clerk

### ARREST WARRANT BAIL ENDORSEMENT

The defendant is to be admitted to bail in the sum of
☐ PER SCHEDULE
☐ OWN RECOGNIZANCE
☐ OTHER $ __None__

returnable to this Court on the third Friday following the date of arrest at 9:00 A.M. before the Judge assigned the case.

GIVEN UNDER my hand and seal on the __12__ day of _____, 199 __8__, at Palm Beach County, State of Florida.

(SEAL)

JUDGE/FIFTEENTH JUDICIAL CIRCUIT

---

Executed on the __CERTIFIED__ day of _____, 199 ___, by arresting the within named.

TO BE A TRUE COPY
ROBERT W. NEUMANN, SHERIFF

BY __D. Caris #2299__

Deputy Sheriff - Palm Beach County     I.D. # _____

PBSO #0018 REV. 10/95

```
Docket No. 97-8680CFA02
Division  U
DC#  W05887
Bkg# 97127302
Officer/Coleman
```

## WARRANT

**In the Name of the State of Florida, to All and Singular the Sheriffs of the State of Florida:**

WHEREAS, _Wardell Coleman Jr._ has declared that _Jesus George Curiel_ hereinafter referred to as the aforesaid, on the _6th_ day of _October_, 19_97_,A.D., was placed on _probation_ for the offense of _Ct. I Burglary of a Conveyance; Ct. II Possession of Burglary Tools_ in the _Circuit_ Court of _Palm Beach_ County, for a term of _2 yrs concurrent with each count_, in accordance with the provision of Chapter 948, Florida Statutes, and that the aforesaid has not properly conducted himself, but has violated the conditions of his _probation_ in a material respect by

**Violation of Condition (1) of the Order of Probation,** by failing to make a full and truthful report to his probation officer by the fifth day of each month on the form provided for that purpose and as grounds for belief that he violated his probation, affiant states that the aforesaid failed to submit any reports since being released from the Palm Beach County Jail on 12/21/97.

**Violation of Condition (3) of the Order of Probation,** by changing his residence without first procuring the consent of his probation officer, and as grounds for belief that he violated his probation, affiant states that on or about 12/21/97, the aforesaid did move from his last known place of residence at 1140 N.E. 30th Street, Belle Glade, Florida, without the consent of his probation officer as told to the affiant on 10/24/97, by Isabell Curiel, the aforesaid's Mother and his current whereabouts is unknown.

**Violation of Special Condition (9) of the Order of Probation,** by failing to pay court cost in the amount of $361.00, in that, on 12/12/97, the probationer signed a contractual agreement with this officer to pay $28.05 per month and he has failed to do so.

**Violation of Special Condition (11) of the Order of Probation,** by failing to pay restitution of $500.00 to Deborah Archer at the rate of at least $50.00 per month, in that, on 12/12/97, the probationer was instructed on his Order of Probation and he signed signifying he understood, but he has failed to make said payments.

THESE ARE, THEREFORE, to command you to arrest instanter the aforesaid <u>Jesus George Curiel</u>, and bring h<u>im</u> before me to be dealt with according to law.

Given under my hand and seal this **27**<sup>t</sup> day of **March**, 19**95**A.D.

```
┌─────────────────────────────┐
│                             │
│  BOND _____         │
│                             │
└─────────────────────────────┘
```

```
┌─────────────────────────────┐
│  EXTRADITE _____          │
│  WILL NOT EXTRADITE _____  │
│  PICK UP IN FLORIDA ONLY __ │
│  OTHER _____   │
└─────────────────────────────┘
```

*(signature)*
Judge ___Circuit___ Court
In and for __Palm Beach__ County

Original: Sheriff's Office
Copies:   Court
          File

DC4-903 (10/94)

CERTIFIED
TO BE A TRUE COPY
ROBERT W. NEUMANN, SHERIFF
BY _____



OFFICE OF THE

# STATE ATTORNEY

FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA
IN AND FOR PALM BEACH COUNTY

**BARRY E. KRISCHER**
STATE ATTORNEY

May 4, 1998

H. Reid Robinson
Supervisor
Federal Bureau of Investigation
505 South Flagler Drive, Suite #500
P.O. Box 1389
West Palm Beach, Florida 33401

Re: State of Florida vs. Javier R. Herrera
also known as Jesus Curiel
Case Nos. 98-1958CF A02, 97-8680CF A02

Dear Mr. Robinson:

The Circuit Court, Criminal Division, in and for Palm Beach County, Florida, has issued a Warrant for the arrest of the above named individual for the crime of Second Degree Murder with a Firearm, Violation of Probation for the following charges of Burglary, and Possession of Burglary Tools which are a felonies in the State of Florida. Said warrants was issued on March 10, 1998 and March 27, 1998.

We have been informed by Detective R. A. Carl of the Palm Beach County Sheriff's Office that this individual has left the State of Florida. The subject is described as a W/M , 5'9 tall, 170lbs, brown hair, brown eyes and date of birth July 18, 1968.

The State of Florida hereby requests that an Unlawful Flight to Avoid Prosecution Warrant (Title 18, Section 1073 USC) be issued for the above-named subject.

401 North Dixie Highway • West Palm Beach, FL 33401-4209
(561)-355-7100
*"There is no excuse for child abuse"*

Page #2
Re: State of Florida vs. Javier R. Herrera
also known as Jesus Curiel
Case Numbers: 98-1958CF A02, 97-8680CF A02

The State of Florida will extradite and prosecute Javier R. Herrera also known as Jesus Curiel if he is located in another state.

Sincerely,

Rita Y. Frederick
Extradition Coordinator

/ryf
cc: Court File
    PBSO, Warrants Division